# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 07-00002-01-CR-W-GAF |
| ) | |
| ANTWAN DELONTE JONES, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Now pending before the Court is Defendant's Motion for a Judicial Determination of Mental Competency. Defendant was initially examined by Jason Dana, Psy.D., a Forensic Psychologist, who found that Defendant was competent in a report dated June 16, 2008. After a hearing, Defendant requested a second opinion, and thereafter, Defendant was examined by George R. Chance, Ph.D., a Licensed Clinical Psychologist, who found Defendant competent in a report dated September 15, 2008.

On October 9, 2008, United States Magistrate Judge Robert E. Larsen conducted a competency hearing. At this hearing, the parties stipulated to the contents and findings of Dr. Dana and Dr. Chance.

Upon careful and independent review of the record, as well as the applicable law, and there being no objections filed to the Report and Recommendation, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Robert E. Larsen.

Accordingly, it is

ORDERED that Defendant Antwan Delonte Jones is found to be competent to stand trial and to assist in his defense.

/s/ Gary A. Fenner
GARY A. FENNER, JUDGE
United States District Court

DATED: October 28, 2008