**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 07-00002-01-CR-W-GAF |
| ) | |
| **ANTWAN JONES,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Now pending before the Court is Defendant's Motion to Suppress in which he requests that recorded telephone calls between defendant and co-defendant Shalanda Bryant be suppressed on the grounds that (1) the recording of the phone calls violates Maryland law, (2) the recording of the phone calls violated his right of privacy, and (3) there was no valid consent to record the conversations.

On December 29, 2008, United States Magistrate Judge Robert E. Larsen conducted an evidentiary hearing. On January 22, 2009, United States Magistrate Judge Larsen issued his Report and Recommendation. On February 2, 2009, Defendant filed his objections to the Report and Recommendation.

Upon careful and independent review of the pending motion, defendant's objections to the Magistrate's Report and Recommendation, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Robert E. Larsen.

Accordingly, it is hereby ORDERED that Defendant's Motion to Suppress (Doc. #83) is OVERRULED and DENIED.

SO ORDERED.

                                                  s/ Gary A. Fenner
                                                  Gary A. Fenner, Judge
                                                  United States District Court

DATED:  February 3, 2009